```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX000109
Cashier ID: sq
Transaction Date: 03/21/2007
Payer Name: MARY MACIAS
----------------------------------------
CIVIL FILING FEE
 For: MARY MACIAS
 Amount:         $350.00
----------------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
----------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

07-CV-559

A fee of $45.00 will be assessed on
any returned check.
```