IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

DANIEL H. OVERMYER,

    Plaintiff,

vs.

THE UNITED STATES OF AMERICA,

    Defendant.

_____

**JURY DEMAND**
_____

    The Plaintiff, Daniel H. Overmyer, by and through his attorney, Kevin A. Planegger of Michael J. Abramovitz, P.C., hereby demands a trial by jury pursuant to Rule 38(b) of the Federal Rules of Civil Procedure.

DATED:

    Respectfully submitted,

     s/Kevin A. Planegger
    Kevin A. Planegger
    Attorney for Plaintiff
    Michael Abramovitz, P.C.
    1600 Broadway, Suite 2600
    Denver, CO 80202
    (303) 592-5454