IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 07-cv-00559-RPM

DANIEL H. OVERMYER,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.

_____

ORDER TO SHOW CAUSE
_____

Upon examination of the record in this proceeding, and it appearing that no service has been made on the defendant and that no additional pleadings have been filed by the plaintiff to date, it is now

ORDERED that plaintiff shall show cause in writing on or before March 9, 2009, why this action should not be dismissed without prejudice for failure to prosecute.

DATED: February 27th, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge