IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 07-cv-00559-RPM

DANIEL H. OVERMYER,

        Plaintiff,

v.

UNITED STATES OF AMERICA,

        Defendant.
_____

ORDER FOR DISMISSAL
_____

Plaintiff having filed no response to this Court's Order to Show Cause entered on February 27, 2009, it is

ORDERED that this action is dismissed without prejudice pursuant to Fed.R.Civ.P. 4(m).

DATED: March 17th, 2009

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge